```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21660
   MARIA A GARCIA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6490


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/17/2007 and was confirmed 03/19/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/04/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG    31823.73            .00        31823.73
FLAGSTAR BANK              MORTGAGE ARRE    28994.31            .00             .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED            .00             .00
ERNESTO GARCIA             NOTICE ONLY     NOT FILED            .00             .00
FLAGSTAR BANK              NOTICE ONLY     NOT FILED            .00             .00
ERNESTO GARCIA             NOTICE ONLY     NOT FILED            .00             .00
TIMOTHY K LIOU             DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                         2,681.95
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  34,505.68

PRIORITY                                              .00
SECURED                                         31,823.73
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             2,681.95
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                     34,505.68            34,505.68




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21660 MARIA A GARCIA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```